JOHN OELERICH, an Infant, Respondent, *v.* THE NEW YORK CONDENSED MILK COMPANY, Appellant.

(Argued June 15, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 3, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*William W. Niles, Jr.,* for appellant.

*M. L. Towns* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

KATE F. BROWN, Respondent, *v.* J. WARREN LAWTON, Appellant.

(Argued June 15, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 23, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*F. H. Cowdrey* for appellant.

*Matthew Daly* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.